UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
DEC - 1 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Malibu Media

**Plaintiff(s)**

V.

Sherif Hassabo

**Defendant(s)**

Case No. 1:14-CV-04457

Judge Shadur

Answer to Summons

To:

Mary K Schulz, Esq.
SCHULZ LAW, P.C.
144 E State Street, Suite A260
Geneva, IL 60134

**FILED**

DEC - 1 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Number: 1:14-cv-04457

I, Sherif Hassabo, am writing in response to the summons on case 1:14-cv-04457.

1. I deny all allegations set forth in this summons.

I will pursue negations with you in a separate communication. I would also like to change my residential address on record for further communications. My current address is below.

Dated this 27th day of November, 2014.

*[signature]*
Sherif Hassabo
1467 W Rascher Ave 1B
Chicago, IL 60640


CC:
Thomas G Bruton, Clerk of the Court
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604