**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MALIBU MEDIA, LLC,

       Plaintiff,

v.

SHERIF HASSABO,

       Defendant.

Civil Action No. 1:14-cv-04457
Judge Milton I. Shadur

**PLAINTIFF'S NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE,** the Voluntary Dismissal filed at CM/ECF 18 was filed in error and is hereby withdrawn. The Voluntary Dismissal was intended to be filed under case number 1:14-cv-04451 and is contemporaneously being filed in the correct case. Undersigned sincerely apologizes to the Court for any inconvenience this error may have caused.

Dated: December_16__2014

Respectfully submitted,

By:   /s/ *Mary K. Schulz*
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
Phone: 224-535-9510
Email: SchulzLaw@me.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 16 , 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          By: /s/ *Mary K. Schulz*
                                          Mary K. Schulz