**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Malibu Media LLC
Plaintiff                                 )          Case No: 14-cv-4457
                                      )
        v.                           )
                                      )          Judge:  Milton I. Shadur
                                      )
Doe, subscriber assigned IP address 50.178.158.187
Defendant                           )
                                      )

## ORDER

This case is reinstated pursuant to notice  by Malibu Media LLC re: notice of voluntary dismissal [18] to vacate as being filed in wrong case. Status hearing set for 1/14/2015 at 8:45 a.m. Civil case reopened.

Date: 12/16/2014                                         /s/Milton I. Shadur